**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DARIUS HARRIS
ADC # 118656                                                                              PLAINTIFF

v.                                             No. 5:07CV00312 JLH

KIM LUCKETT, Deputy Security Warden, Varner Unit,
Arkansas Department of Correction; BROOKS PARKS,
Asst. Warden, Varner Unit, Arkansas Department of Correction;
and GRANT HARRIS, Asst. Warden, Varner Unit,
Arkansas Department of Correction                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and

the accompanying Order would not be taken in good faith.

DATED this 3rd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE